or reconsideration extends the time for filing a notice of appeal in a criminal case if the motion is filed before the order sought to be reconsidered becomes final, and the period for filing an appeal starts after the motion for reconsideration has been ruled on. *See United States v. Ibarra*, 502 U.S. 1, 112 S.Ct. 4, 116 L.Ed.2d 1 (1991); *United States v. Christy*, 3 F.3d 765, 767 n. 1 (4th Cir.1993). Because Dillard filed his motion to reconsider well beyond the expiration of the ten day period to appeal, the district court properly dismissed it as untimely.

Accordingly, we affirm the district court's order. *United States v. Dillard*, No. 4:03–cr–70134–nkm–4 (W.D.Va. Feb. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Benjamin Ross Downey, Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ross Downey appeals the district court's order denying relief on his civil rights action under 28 U.S.C. § 1915(g) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Downey v. Johnson*, No. 3:08–cv–00199–REP, 2009 WL 150667 (E.D.Va. Jan. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Benjamin Ross DOWNEY,
Plaintiff—Appellant,

v.

Gene JOHNSON;  Helen F. Fahey;
James Sisk, Defendants—
Appellees.

No. 09–6261.

United States Court of Appeals,
Fourth Circuit.

Submitted:  May 21, 2009.

Decided:  June 1, 2009.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Calvin Lashawn BRYANT,
Defendant—Appellant.

No. 09–6220.

United States Court of Appeals,
Fourth Circuit.

Submitted:  May 21, 2009.

Decided:  June 1, 2009.